UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the Registered Holders of
J.P. Morgan Chase Commercial
Mortgage Securities Corp. Multifamily
Mortgage Pass-Through Certificates,
Series 2019-SB58,

        Plaintiff,

   v.

MAZEL ON DEL LLC et al.,

        Defendants.

22-CV-602-LJV-LGF
DECISION & ORDER

---

    On August 8, 2022, the plaintiff, U.S. Bank National Association ("U.S. Bank"), commenced this action.  Docket Item 1.  On January 25, 2023, this Court referred the case to United States Magistrate Judge Leslie G. Foschio for all proceedings under 28 U.S.C. § 636(b)(1)(A) and (B).  Docket Item 23.

    On March 13, 2024, U.S. Bank moved for a default judgment of foreclosure and sale as to the real property located at 2763 Main Street in Buffalo, New York (the "property").  Docket Item 43; see Docket Items 43-1 and 44.   Judge Foschio ordered the defendants to respond by April 12, 2024, Docket Item 47, but they did not do so.  Nevertheless, on July 3, 2024, Judge Foschio issued a Report and Recommendation ("R&R") finding that U.S. Bank's motion should be denied without prejudice.  See Docket Item 55.  The parties did not object to the R&R, and after the time to do so

expired, this Court accepted and adopted Judge Foschio's recommendation.  *See* Docket Item 56 at 2.[1]

On June 12, 2025, U.S. Bank again moved for a default judgment of foreclosure and sale.  Docket item 64.  Judge Foschio ordered the defendants to respond by July 17, 2025, Docket Item 71, but the defendants again did not respond.  On November 5, 2025, Judge Foschio ordered U.S. Bank to provide contemporaneous time records and other documentation in support of its request for attorneys' fees and costs, *see* Docket Item 77, and U.S. Bank complied a short time later, *see* Docket Items 78 and 79.

Judge Foschio then issued a second R&R, finding that U.S. Bank's motion should be granted in part and denied in part.  Docket Item 81.  More specifically, Judge Foschio concluded that U.S. Bank's motion for a default judgment of foreclosure and sale should be granted but that the amount of damages U.S. Bank sought should be granted in part and denied in part.  *Id.* at 11.

U.S. Bank had attached a proposed judgment of foreclosure and sale to its motion, and Judge Foschio recommended that the request for an order of foreclosure and sale be denied without prejudice to resubmission if this Court accepted his R&R.  *See id.* at 31-34.  Finally, Judge Foschio declined to recommend appointing the individual identified in U.S. Bank's proposed order as the referee and instead recommended that this Court order U.S. Bank "to provide the names of three potential referees, together with their respective qualifications."  *Id.* at 33.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  The court must

---

[1] Page numbers in docket citations refer to ECF pagination.

review de novo those portions of a magistrate judge's recommendation to which a party objects.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised.  *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).

Although not required to do so in light of the above, this Court nevertheless has reviewed Judge Foschio's careful, thorough, and well-reasoned R&R, as well as U.S. Bank's submissions to him.  Based on that review and the absence of any objections, the Court accepts and adopts Judge Foschio's recommendation to grant in part and deny in part U.S. Bank's motion.

The Court thus accepts and adopts Judge Foschio's recommendation to grant U.S. Bank's second motion for a default judgment of foreclosure and sale, Docket Item 64.  Likewise, the Court accepts and adopts his recommendation to award U.S. Bank (i) $1,794,570.47 for the unpaid principal balance; (ii) $35,891.41 for the prepayment premium; (iii) $356,249.70 in unpaid interest as of December 5, 2025, plus an additional per diem of $257.22 in regular interest until the sale of the property; (iv) $3,001.08 in late charges; (v) $276,169.00 in default interest as of December 5, 2025, plus an additional per diem of $199.40 in default interest until the sale of the property; (vi) $244,907.75 for protective property advances; (vii) $87,222.11 for tax and insurance advances;[2] and (viii) $160,247.70 for attorneys' fees and costs.  Finally, the Court

---

[2] U.S. Bank requested $54,974.62 for tax and insurance advances, Docket Item 66 at ¶ 28, but Judge Foschio found that $32,250.00 included in the requested amount for protective property advances was for insurance and should instead be included with the other tax and insurance advances, *see* Docket Item 81 at 22-23.

accepts and adopts Judge Foschio's recommendation to deny U.S. Bank's request for an order of foreclosure and sale without prejudice. With Judge Foschio's assistance, the Court will appoint a referee after U.S. Bank submits the names of three candidates and a summary of their respective qualifications.

For the reasons stated above and in the R&R, U.S. Bank's motion for a default judgment of foreclosure and sale, Docket Item 64, is GRANTED IN PART and DENIED IN PART. The case is referred back to Judge Foschio for further proceedings consistent with the referral order of January 25, 2023, Docket Item 23.

SO ORDERED.

Dated: February 4, 2026
       Buffalo, New York

                                              */s/ Lawrence J. Vilardo*
                                            LAWRENCE J. VILARDO
                                            UNITED STATES DISTRICT JUDGE